# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) WOODLOCK, DOUGLAS P. | 2. Court or Organization DISTRICT OF MASSACHUSETTS | 3. Date of Report 12/20/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address United States Courthouse Suite 4110, 1 Courthouse Way Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Provided care and assistance for elderly ▇ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 12/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Liquidated 2001 | | | | | | | | | |
| 2. | Liquidated 2001 | | | | | | | | | |
| 3. | Fidelity Cash Reserves (Money Market) [FDRXX] | A | Dividend | J | T | | | | | |
| 4. | Liquidated 2010 | | | | | | | | | |
| 5. | No longer reportable | | | | | | | | | |
| 6. | Liquidated 2000 | | | | | | | | | |
| 7. | Liquidated 1995 | | | | | | | | | |
| 8. | Liquidated 1993 | | | | | | | | | |
| 9. | Liquidated 2002 | | | | | | | | | |
| 10. | Liquidated 1993 | | | | | | | | | |
| 11. | Liquidated 2004 | | | | | | | | | |
| 12. | Liquidated 1995 | | | | | | | | | |
| 13. | Fidelity GNMA [FGMNX] | C | Dividend | L | T | Buy (add'l) | 03/08/11 | J | | |
| 14. | Liquidated 2010 | | | | | | | | | |
| 15. | Fidelity Growth Company [FGDRX] | A | Dividend | M | T | | | | | |
| 16. | Liquidated 2010 | | | | | | | | | |
| 17. | Liquidated 1995 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liquidated 1995 | | | | | | | | | |
| 19. Liquidated 2010 | | | | | | | | | |
| 20. Liquidated 1999 | | | | | | | | | |
| 21. T. Rowe Price Small Cap [OTCFX] | A | Dividend | K | T | | | | | |
| 22. Liquidated 1998 | | | | | | | | | |
| 23. Liquidated 2007 | | | | | | | | | |
| 24. Liquidated 2005 | | | | | | | | | |
| 25. Liquidated 1998 | | | | | | | | | |
| 26. First Nat'l Bank of Ipswich (Checking/Savings) | A | Interest | L | T | | | | | |
| 27. Liquidated 1998 | | | | | | | | | |
| 28. Liquidated 1998 | | | | | | | | | |
| 29. Liquidated 1998 | | | | | | | | | |
| 30. Liquidated 1995 | | | | | | | | | |
| 31. Liquidated 1999 | | | | | | | | | |
| 32. Liquidated 1999 | | | | | | | | | |
| 33. Liquidated 1996 | | | | | | | | | |
| 34. Liquidated 1996 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liquidated 2005(Y) | | | | | | | | | |
| 36. Liquidated 2002 | | | | | | | | | |
| 37. Liquidated 2006 | | | | | | | | | |
| 38. No longer reportable 2002 | | | | | | | | | |
| 39. Liquidated 2007 | | | | | | | | | |
| 40. Liquidated 2008 | | | | | | | | | |
| 41. Fidelity Disciplined Equity [FDEXQ] | B | Dividend | M | T | | | | | |
| 42. Fidelity Stock Selector [FDSSX] | A | Dividend | K | T | Sold (part) | 03/01/11 | J | A | |
| 43. No longer reportable 2011 | | | | | | | | | |
| 44. No longer reportable 2002 | | | | | | | | | |
| 45. Liquidated 1996 | | | | | | | | | |
| 46. Liquidated 2001 | | | | | | | | | |
| 47. Liquidated 2000 | | | | | | | | | |
| 48. Liquidated 2004 | | | | | | | | | |
| 49. Davis New York Venture Fund, C1.A [NYVTX] | B | Dividend | N | T | Sold (part) | 03/09/11 | J | C | |
| 50. | | | | | Sold (part) | 06/27/11 | J | C | |
| 51. | | | | | Sold (part) | 08/16/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/12/11 | J | C | |
| 53. Liquidated 2007 | | | | | | | | | |
| 54. T.Rowe Price Blue Chip Growth [TRBCX] [FRSRX] | A | Dividend | M | T | Sold (part) | 05/31/11 | J | B | |
| 55. | | | | | Sold (part) | 12/12/11 | J | B | |
| 56. Franklin Small Mid-Cap Growth C1.A [FRSGX] [X] | A | Dividend | K | T | Sold (part) | 10/19/11 | J | B | |
| 57. | | | | | Sold (part) | 12/12/11 | J | B | |
| 58. Liquidated 1999 | | | | | | | | | |
| 59. Liquidated 1999 | | | | | | | | | |
| 60. Liquidated 1999 | | | | | | | | | |
| 61. Liquidated 1999 | | | | | | | | | |
| 62. Liquidated 1999 | | | | | | | | | |
| 63. Liquidated 1998 | | | | | | | | | |
| 64. Liquidated 1998 | | | | | | | | | |
| 65. Liquidated 2000 | | | | | | | | | |
| 66. Liquidated 2000 | | | | | | | | | |
| 67. Liquidated 2006 | | | | | | | | | |
| 68. Liquidated 2000 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Liquidated 2007 | | | | | | | | | |
| 70. Liquidated 2007 | | | | | | | | | |
| 71. Liquidated 2000 | | | | | | | | | |
| 72. Liquidated 2007 | | | | | | | | | |
| 73. Liquidated 2007 | | | | | | | | | |
| 74. Vanguard Prime (Money Market) [VMMXX] | A | Dividend | J | T | | | | | |
| 75. Liquidated 2007 | | | | | | | | | |
| 76. Vanguard Long Term Investment Grade [VWETX] | D | Dividend | M | T | | | | | |
| 77. Liquidated 2006 | | | | | | | | | |
| 78. Liquidated 2000 | | | | | | | | | |
| 79. Liquidated 2010 | | | | | | | | | |
| 80. Liquidated 2005 | | | | | | | | | |
| 81. Liquidated 2005 | | | | | | | | | |
| 82. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | | | | | |
| 83. Vanguard Value Index [VVIAX] | B | Dividend | L | T | | | | | |
| 84. Vanguard 500 Index [VFIAX] | B | Dividend | M | T | | | | | |
| 85. Vanguard Intermediate Term Bond Index [VBILX] | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Short Term Bond Index [VBIRX] | B | Dividend | M | T | | | | | |
| 87. Vanguard Treasury (Money Market) [VUSXX] | | None | J | T | | | | | |
| 88. Liquidated 2001 | | | | | | | | | |
| 89. Liquidated 2001 | | | | | | | | | |
| 90. Liquidated 2000 | | | | | | | | | |
| 91. Liquidated 2010 | | | | | | | | | |
| 92. Liquidated 2005 | | | | | | | | | |
| 93. Liquidated 2005 | | | | | | | | | |
| 94. Liquidated 2007 | | | | | | | | | |
| 95. Liquidated 2001 | | | | | | | | | |
| 96. Liquidated 2005 | | | | | | | | | |
| 97. Fidelity Advisor High Inc. Advantage, Cl.T [FAHYX] | D | Dividend | L | T | | | | | |
| 98. Sequoia [SEQUX] | B | Dividend | M | T | | | | | |
| 99. Liquidated 2007 | | | | | | | | | |
| 100. T. Rowe Price Mid-Cap Value [TRMCX] | C | Dividend | M | T | | | | | |
| 101. Liquidated 2007 | | | | | | | | | |
| 102. Wellington Shields Brokerage Sweep-Wells Fargo (X) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 10 of 13

**Name of Person Reporting**

WOODLOCK, DOUGLAS P.

**Date of Report**

12/20/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Liquidated 2007 | | | | | | | | | |
| 104. Liquidated 2005 | | | | | | | | | |
| 105. Liquidated 2007 | | | | | | | | | |
| 106. T. Rowe Price Value [TRVLX] | A | Dividend | L | T | | | | | |
| 107. Vanguard Small-Cap Index [VSMAX] | B | Dividend | M | T | | | | | |
| 108. Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | | | | | |
| 109. T. Rowe Price New American Growth [PRWAX](X) | B | Dividend | L | T | | | | | |
| 110. Liquidated 2010(Y) | | | | | | | | | |
| 111. Liquidated 2008 | | | | | | | | | |
| 112. No longer reportable 2011 | | | | | | | | | |
| 113. T. Rowe Price Emerging Mkts. [PRMSX] | A | Dividend | L | T | | | | | |
| 114. Dodge & Cox International [DODFX] | A | Dividend | L | T | Buy (add'l) | 03/14/11 | J | | |
| 115. Dodge & Cox Income [DODIX] | C | Dividend | L | T | | | | | |
| 116. T.Rowe Price Mid-Cap Growth [RPMGX] | A | Dividend | L | T | | | | | |
| 117. Liquidated 2010 | | | | | | | | | |
| 118. Liquidated 2008 | | | | | | | | | |
| 119. Liquidated 2010 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Liquidated 2010 | | | | | | | | | |
| 121.  Vanguard Int'l Stock Index[VITAX](X) | B | Dividend | L | T | | | | | |
| 122.  Vanguard Total Bond Index [VBTLX](X) | C | Dividend | M | T | | | | | |
| 123.  Vanguard Total Stock Index [VTSAX](X) | C | Dividend | M | T | | | | | |
| 124.  Fidelity Spartan 500 Index [FUSVX] | B | Dividend | M | T | | | | | |
| 125.  Fidelity Spartan Extended Market [FSEVX] | C | Dividend | M | T | | | | | |
| 126.  Fidelity Spartan In'tl Index [FSIVX] | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 12/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII:
In past years Trust No. 1 (Part I, Item l; Part VII, Line 43) and Trust No. 2 (Part I, Item 2; Part VII, Line 112) have been separately and duplicatively reported. On reconsideration of the filing instructions it appears that it is unnecessary to report these trusts in Part VII. These are revocable trusts that do not appear to meet the definition of an Aggregate Ownership Arrangement. The trusts are comprised of assets fully disclosed within Part VII, where the income and value of such holdings are separately reported as part of the individual identification of those assets. Because the report of income and value provided for these trusts in Part VII constitutes duplicate reporting of the income and value of the underlying assets, it does not appear of that separate reporting of the trusts in Part VII is necessary.

Part VII, Line 102:
This item reflects the cash sweep program for certain brokerage accounts. The sweep program was switched from Evergreen Money Market to Wells Fargo in April 2009.

Part VIII, Lines 109 & 110
There was an inadvertent transposition regarding these two funds in the Financial Disclosure Report for 2010. The 11/9/10 sale of the investment in T. Rowe Price Equity Income Fund (Line 110) was inaccurately reported as an 11/9/10 sale of T. Rowe Price New American Growth Fund. This transposition has been corrected in this Financial Disclosure Report by this explanation and the notation in Line 110 that the T. Rowe Price Equity Income Fund was "Liquidated 2010".

Part VII, Lines 121-123, Column A - In response to the letter of inquiry from the Committee on Financial Disclosure dated October 24, 2012, the parenthetical "(x)" has been deleted . The parenthetical was carried over inadvertently from the 2011 Report where the assets were first reported.

Part VII, at about line 119 - In response to the letter of inquiry from the Committee on Financial Disclosure dated October 24, 2012, this will confirm that "Oppenheimer Equity Income [OAEIX]" is not listed in the 2011 Annual Report because the asset was fully liquidated in 2010. The 2010 Annual Report however, inadvertently reported at Part VII, page 11, line 121, Column D that the final liquidating sale on 8/18/10 was a partial sale giving rise to the misunderstanding that the asset continued to be owned after that date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOUGLAS P. WOODLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544